# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT


**CW 21-155 consolidated with 21-156, CA 20-556, CA 20-557**
**CW 20-376 & CW 20-377**


**PHILMER JOHNSON, JR., ET AL.**

**VERSUS**

**CITY OF WESTLAKE**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2017-5090
HONORABLE RONALD WARE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**J. LARRY VIDRINE\***
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billy H. Ezell, D. Kent Savoie, and J. Larry Vidrine\*, Judges.


**REVERSED AND RENDERED.**

---------------------------

   \* Honorable J. Larry Vidrine participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

J. Michael Veron
Peyton F. Pawlicki
Veron, Bice, Palermo & Wilson, LLC
P.O. Box 2125
Lake Charles, LA  70602-2125
(337) 310-1600
COUNSEL FOR DEFENDANT/APPELLEE:
    City of Westlake

Steven Broussard
Aaron Broussard
Michael Williamson
Jason R. Bell
Rachel K. Couvillion
John Mark Fezio
Broussard & Williamson, LLC
1301 Common Street
Lake Charles, LA  70601
(337) 439-2450
COUNSEL FOR PLAINTIFFS/APPELLANTS:
    Paula Johnson
    Marie Moore
    Philmer Johnson, Jr.
    Daniel L. Moore

Thomas P. Anzelmo, Sr.
Lynda Tafaro
McCranie, Sistrunk, Anzelmo,
Hardy, McDaniel & Welch, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA 70112
(504) 831-0946
COUNSEL FOR DEFENDANTS/APPELLEES:
    OneBeacon Services, LLC
    Atlantic Specialty Insurance Company

Soren E. Gisleson
Charles M. King
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
COUNSEL FOR PLAINTIFFS/APPELLANTS:
    Daniel L. Moore
    Marie Moore
    Paula Johnson
    Philmer Johnson, Jr.

**VIDRINE, Judge Pro Tempore.**

For the reasons set forth in the case of *Daniel L. Moore and Marie Moore v. City of Westlake,* 20-556 (La.App. 3 Cir. __/__/____), __So.3d ____, the judgment of the trial court is reversed. We render that the City of Westlake's ordinances 880-882 were legally enacted, not discriminatory, and were reasonable. Costs of this appeal are assessed to Plaintiffs.